UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:16-cv-25332-XXXX

CARLOS MONTOYA
And other similarly-situated
Non-exempt cook,

    Plaintiff(s),

Vs.

BENMOUSSA ENTERPRISES, INC.
d/b/a PICCOLO PIZZA, a Florida Profit
corporation, and HUBERT R. MUSSAT,
individually.

    Defendants.
_____/

## **DEFENDANT BENMOUSSA ENTERPRISES, INC. D/B/A PICCOLO PIZZA'S NOTICE OF REMOVAL**

Defendant, Benmoussa Enterprises, Inc. d/b/a Piccolo Pizza, by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby remove this action currently pending in the Circuit Court of the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

    1.    On or about November 29, 2016, Plaintiff filed his Complaint in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, entitled *Carlos Montoya and other similarly situated employees non-exempt cook, v. Benmoussa Enterprises, Inc. d/b/a Piccolo Pizza, a Florida profit corporation, and Hubert R. Mussat, Individually,* Case No. 2016-030647 CA (01) (the "State Action"). On December 12, 2016, Plaintiff served a copy of the State

Action on Defendant. This constituted the first legal notice of the State Action for removal purposes.

2. To date, co-defendant, Hubert R. Mussat, has not been served, but has indicated to undersigned counsel that he consents to removal.

3. True and correct copies of all documents that were filed in the State Action are attached hereto as Composite Exhibit "A," and are incorporated by reference in accordance with Rule 10(c), Federal Rules of Civil Procedure. No additional process, pleadings, or orders have been served upon the Defendant in the State Action.

4. The Complaint against Defendant seeks damages only for *Wage & Hour Federal Statutory Violation Against Benmoussa Enterprises, Inc. d/b/a Piccolo Pizza,* under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.,* (the "FLSA").

5. Removal of the State Action to this Court is appropriate because this Court has original (federal question) jurisdiction on the basis of the FLSA. *See* 28 U.S.C. §§ 1441(a) and 1331.

6. Under federal question jurisdiction, the district courts of the United States "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

7. Plaintiff's Complaint makes explicit that federal questions arise in this civil action under the FLSA (*see* Complaint Count I).

8. Any civil case filed in state court that could have originally been filed in federal court is removable. *See Ayers v. Gen. Motors Corp.,* 234 F.3d 514, 517 (11th Cir. 2000).

9. This Notice of Removal has been timely filed within thirty (30) days after receipt by Defendant of the initial pleading setting forth the claims for relief upon which removal is based. *See* 28 U.S.C. § 1446(b).

10. Defendant has given written notice to Plaintiff, simultaneously with the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

11. A copy of this Notice of Removal has been filed simultaneously with the Clerk of the Circuit Court in and for Miami-Dade County, Florida, pursuant to 28 U.S.C. § 1446(d).

12. Venue is proper in the Southern District of Florida because the State Action is pending within the jurisdictional confines of this District. *See* 28 U.S.C. § 1441(a).

**WHEREFORE,** Benmoussa Enterprises, Inc. hereby removes the above-captioned matter from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

Dated: December 23, 2016

Respectfully Submitted,

COHEN | NICOLEAU PLLC

By: /s/ *Michael D. Nicoleau*
Michael D. Nicoleau, Esq.
Fla. Bar No.: 256810
*Attorneys for Defendant(s)*
11900 Biscayne Blvd., Suite 806
North Miami, FL 33181
Tel: (305) 722-5698
Fax: (305) 770-6411
Email: mnicoleau@cohen-nicoleau.com
service@cohen-nicoleau.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2016, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

>By: /s/ *Michael D. Nicoleau*
>Michael D. Nicoleau, Esq.
>Fla. Bar No.: 256810

## SERVICE LIST

Jason S. Remer, Esq.
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Tel: (305) 416-5000
Fax: (305) 416-5005
jremer@rgpattorneys.com